AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
**LAWRENCE LIGAS**

Defendant

)
)
) Case: 1:21-mj-00669
) Assigned To : Harvey, G. Michael
) Assign. Date : 11/29/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   __LAWRENCE LIGAS__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __11/29/2021__

Digitally signed by G. Michael Harvey
Date: 2021.11.29 13:38:59 -05'00'

*Issuing officer's signature*

City and state:   __Washington, D.C.__   __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __11/29/2021__, and the person was arrested on *(date)* __12/01/2021__ at *(city and state)* __CHICAGO, IL__. |
| Date: __12/01/2021__   *Arresting officer's signature* |
| __KAITLYN N. DAVIS, SPECIAL AGENT, FBI__   *Printed name and title* |