UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | No. 21-cr-00731-FYP |
| v. ) | Hon. Florence Y. Pan |
| ) | |
| Lawrence LIGAS ) | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF ATTORNEYS**

NOW COMES the defendant, Lawrence LIGAS, by and through his attorney, Michael J. Petro, and hereby requests this Honorable Court to allow him to substitute as attorney. In support of this motion, defendant states as follows:

1. LIGAS is currently represented by CJA Appointed Attorney Robert Lee Jenkins.

2. LIGAS no longer wishes Jenkins to represent him.

3. LIGAS has retained attorney Michael J. Petro to appear and to assume all further legal representation regarding this matter.

4. Jenkins was contacted and, as of this writing, has not stated opposition to this Motion.

5. AUSA Grace Albinson was contacted and does not oppose this Motion.

WHEREFORE, the LIGAS prays that this court grants this unopposed substitution of attorneys.

By His Attorney,

s/Michael J. Petro

Attorney for Lawrence LIGAS
110 North 11th Street, Suite 202
Tampa, Florida   33602
attorney@mjpetro.com
312-913-1111

## CERTIFICATE OF SERVICE

I, MICHAEL J. PETRO, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing

**UNOPPOSED MOTION FOR SUBSTITUTION OF ATTORNEYS**

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion if required, were served pursuant to the district court's ECF system on Tuesday, February 15, 2022.

By His Attorney,

s/Michael J. Petro

Attorney for Lawrence LIGAS
110 North 11th Street, Suite 202
Tampa, Florida   33602
attorney@mjpetro.com
312-913-1111