Rev: 11/2020

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.          21-731      (RC)

LAWRENCE LIGAS
                                       Category      A




Defendant(s)


## REASSIGNMENT OF CRIMINAL CASE


The above-entitled case was reassigned on ___6/13/2022___ from ___Judge Florence Y. Pan___

to ___Judge Rudolph Contreras___ by direction of the Calendar Committee.


(Randomly Reassigned)


                                       JUDGE RUDOLPH CONTRERAS
                                       Chair, Calendar and Case
                                       Management Committee


cc:     Judge Florence Y. Pan                    & Courtroom Deputy

        Judge Rudolph Contreras                  & Courtroom Deputy

        U.S. Attorney's Office – Judiciary Square Building, Room 5133

        Statistical Clerk