UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-731 (RC) |
| | : | |
| **LAWRENCE LIGAS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Benet J. Kearney, who may be contacted by telephone on (212) 637 2260 or e-mail at Benet.Kearney@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

 /s/ Benet J. Kearney
BENET J. KEARNEY
Assistant United States Attorney
N.Y. Bar No. 4774048
1 Saint Andrew's Plaza
New York, N.Y. 10007
212-637-2260
Benet.Kearney@usdoj.gov