UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-cr-731 (RC) |
| | : | |
| LAWRENCE LIGAS, | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF INTENT TO PROCEED ON COUNT ONE**

In response to the Court's September 23, 2024 Minute Order, the government writes to confirm its intention to proceed to trial on all of the current charges.

On January 3, 2024, a grand jury returned a superseding indictment charging the defendant with violations of 18 U.S.C. §§ 1512(c)(2) and 2 (Count One), 18 U.S.C. § 1752(a)(1) (Count Two), 18 U.S.C. § 1752(a)(2) (Count Three), 40 U.S.C. § 5104(e)(2)(D) (Count Four) and 40 U.S.C. § 5104(e)(2)(G) (Count Five). In addition, the government is evaluating whether additional charges may be appropriate.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Alexander Diamond*
ALEXANDER DIAMOND
NY Bar No. 5684634
Assistant United States Attorney
District of Columbia
601 D St. NW
Washington, DC 20530
Alexander.Diamond@usdoj.gov