UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal Action No.: 21-731 (RC) |
| : | |
| LAWRENCE LIGAS, : | |
| : | |
| Defendant. : | |

**ORDER**

On November 14, 2024, Defendant moved, by and through his counsel, for an examination of his mental competency pursuant to 18 U.S.C. § 4241(a).  ECF No. 64.  Defense counsel has not yet identified a qualified psychologist to conduct the examination.  Upon review of Defendant's motion and the government's reply (ECF No. 65), it is hereby **ORDERED** that Defendant Lawrence Ligas shall be evaluated by a licensed psychologist for the purpose of a forensic screening of Defendant's competency pursuant to 18 U.S.C. § 4241(b); and it is

**FURTHER ORDERED** that, after such examination, a report shall be made to this Court and the parties, pursuant to 18 U.S.C. § 4247(c), as to:

(1) Whether Defendant is presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense; and

(2) If the answer to the preceding question is negative, whether the examining clinical psychologist believes Defendant should be transferred to a mental facility for further examination and treatment; and it is

**FURTHER ORDERED** that such report shall be provided to the parties and filed with this Court under seal on or before **November 27, 2024**; and it is

**FURTHER ORDERED** that the parties shall appear for a hearing on this matter

2

pursuant to 18 U.S.C. § 4247(d) before the Court on **Thursday, December 5, 2024,** at 10:00 a.m., before the undersigned in Courtroom 23A.

    **SO ORDERED**.

Dated:  November 18, 2024                                                        RUDOLPH CONTRERAS  
                                                                                                               United States District Judge