IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (Washington, D.C.)

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) No. 21 CR 731 (RC) |
| v. | ) Judge Rudolph Contreras<br>) |
| LAWRENCE LIGAS | ) |

**UNOPPOSED MOTION TO STRIKE TRIAL DATE AND SET STATUS HEARING**

Now comes PIYUSH CHANDRA, FEDERAL DEFENDER PROGRAM, Northern District of Illinois, counsel for the defendant, LAWRENCE LIGAS, and hereby moves, this Honorable Court to strike the trial currently scheduled for December 16, 2024, and set a status hearing to allow for completion of the competency evaluation.

On November 19, 2024, this court granted the defendant's motion for a competency evaluation. On the same day, the government proposed a forensic organization with licensed psychological professional evaluators to conduct Mr. Ligas's competency evaluation. The defense accepted the proposed evaluator. Counsel spoke with the director of the forensic organization on November 20, 2024. Mr. Ligas was seen on Saturday, November 23, 2024. Mr. Ligas was seen again on today's date of November 26, 2024.

Counsel spoke with the evaluator conducting Mr. Ligas's evaluation. Their preliminary assessment indicates Mr. Ligas evidences issues related to competency that merit further evaluation. The evaluator stated they would need to see him on additional

1

occasions, review relevant mental health records, speak with Mr. Ligas's psychologist, determine if a neuro-psychological exam is warranted, and analyze their data. The evaluator indicated that the earliest they may be able to submit their findings to the court would be near the Christmas holiday.

Given the above, and the reasons the reasons set forth in motion for competency evaluation, it is respectfully requested that the current trial date of December 16, 2024, be struck. It is further suggested that this matter be set for a status hearing in January, 2025, in order to address any issues related to the competency evaluation.

Counsel communicated with AUSAs Brennan and Marshal who indicated the government does not oppose this motion.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By: _____
Piyush Chandra
Attorney for Lawrence Ligas

PIYUSH CHANDRA
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8337